# United States Court of Appeals for the Fifth Circuit

———————

No. 22-10444
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
April 3, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

HOWARD LEON COMBS,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:16-CR-54-1

———————————————————————

Before WIENER, ELROD, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:[*]

Defendant-Appellant Howard Leon Combs appeals the sentence imposed following his guilty-plea conviction for possessing a firearm as a felon. He insists that the district court erred by applying a four-level enhancement under U.S.S.G. § 2K2.1(b)(6)(B) for possessing the firearm in connection with his felony theft of a motor vehicle.

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-10444

Even if we assume that the district court procedurally erred in applying this enhancement, the government has met its burden of showing that any error was harmless. *See United States v. Guzman-Rendon*, 864 F.3d 409, 411 (5th Cir. 2017). The government convincingly demonstrated that the district court would have imposed the same sentence absent the alleged error for the same reasons that it provided at resentencing. *See United States v. Redmond*, 965 F.3d 416, 420 (5th Cir. 2020). The judgment of the district court is AFFIRMED.